No. 93–1141.  MU'MIN *v.* MURRAY, DIRECTOR, VIRGINIA DE-
PARTMENT OF CORRECTIONS.  Sup. Ct. Va.;
    No. 93–6862.  NETHERY *v.* COLLINS, DIRECTOR, TEXAS DE-
PARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.
C. A. 5th Cir.;
    No. 93–7726.  COMER *v.* ARIZONA.  Super. Ct. Ariz., Maricopa
County; and
    No. 93–7780.  DAVIS *v.* ARKANSAS.  Sup. Ct. Ark.  Certiorari
denied.

JUSTICE BLACKMUN, dissenting.

Adhering to my view that the death penalty cannot be imposed
fairly within the constraints of our Constitution, see my dissent
in *Callins* v. *Collins,* 510 U. S. 1141, 1143 (1994), I would grant
certiorari and vacate the death sentences in these cases.

No. 93–970.  DICICCO *v.* TREMBLAY, 510 U. S. 1115; and
    No. 93–6820.  MOSES *v.* UNITED STATES, 510 U. S. 1121.  Peti-
tions for rehearing denied.

APRIL 7, 1994

No. 93–1231.  ORION PICTURES CORP. *v.* SHOWTIME NETWORKS,
INC., FKA SHOWTIME/THE MOVIE CHANNEL, INC.  C. A. 2d Cir.
Certiorari dismissed under this Court's Rule 46.1.

APRIL 18, 1994

No. ———.  SIMMS *v.* RUNYON, POSTMASTER GENERAL.  Mo-
tion to direct the Clerk to file petition for writ of certiorari out
of time and not in compliance with the Rules of this Court denied.

No. ———.  SMITH *v.* LUCAS, COMMISSIONER, MISSISSIPPI
DEPARTMENT OF CORRECTIONS.  Motion for leave to proceed *in
forma pauperis* without an affidavit of indigency executed by
petitioner granted.